# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14cv48

| | |
|---|---|
| KENT STAHLE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )     **ORDER** |
| | ) |
| CTS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

Pending before the Court is the Motion to Stay [# 7]. The parties jointly move to stay this case pending the decision of the United States Supreme Court in CTS Corporation v. Waldburger. Defendant has raised the statute of repose as a defense in this action, and the decision of the Supreme Court in Waldburger may be dispositive of the issues in this case. Accordingly, the Court **GRANTS** the motion [# 7]. The Court **STAYS** these proceedings pending a ruling from the Supreme Court. Either party may move the Court to lift the stay upon a decision by the Supreme Court.

Signed: May 8, 2014

Dennis L. Howell
United States Magistrate Judge