UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00048-MOC-DLH

| | | |
|---|---|---|
| **KENT STAHLE,** | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| **CTS CORPORATION,** | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on its own motion lifting the stay. The Supreme Court issued its decision in CTS Corp. v. Waldburger, No. 13-339, ___ U.S. ___ (June 9, 2014), reversing the appellate court and affirming the district court, which had determined that an action similar to the one now before this court was barred by the statute of repose. The court will, therefore, lift the stay and require defendant to answer or otherwise respond to the Complaint within 14 days.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the previously imposed **STAY** (#9) is lifted and defendant shall answer or otherwise respond to the Complaint within 14 days.

Signed: June 9, 2014

Max O. Cogburn Jr.
United States District Judge