# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:14-cv-48

| | |
|---|---|
| KENT STAHLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CTS CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on E. Thomison Holman's Application for Admission to Practice *Pro Hac Vice* of Michael H. Ginsberg. It appearing that Michael H. Ginsberg is a member in good standing with the Pennsylvania Bar and will be appearing with E. Thomison Holman, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that E. Thomison Holman's Application for Admission to Practice Pro Hac Vice (#32) of Michael H. Ginsberg is **GRANTED**, and that Michael H. Ginsberg is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with E. Thomison Holman.

Signed: October 3, 2016

Dennis L. Howell
United States Magistrate Judge