UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00048-MOC-DLH

| | | |
|---|---|---|
| **KENT STAHLE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CTS CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Summary Judgment. Having considered defendant's motion and reviewed the pleadings, including plaintiff's Response and defendant's Reply, the Court finds that genuine issues of material fact remain for trial. See Carroll v. Litton Systems, Inc., 47 F.3d 1164 (4th Cir. 1995). In particular, the Court finds that plaintiff has presented sufficient evidence on causation to warrant resolution of his claims by a jury. Charleston Area Medical Ctr. V. Blue Cross, 6 F.3d 243, 245 (4th Cir. 1993).

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Summary Judgment (#45) is **DENIED**. In accordance with the Pretrial Order, the Ready Date for trial is October 2, 2017, and this matter will be tried on the first available trial term <u>on or after that date</u> unless the parties agree and jointly request a different trial date.

Signed: May 11, 2017



Max O. Cogburn Jr
United States District Judge

-1-