# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14cv48

| | |
|---|---|
| KENT STAHLE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| | ) **ORDER** |
| CTS CORPORATION, | )<br>)<br>) |
| Defendant. | )<br>) |
| _____ | ) |

Pending before the Court is the Motion for Order to Show Cause [# 48]. Upon a review of the motion, the Court **DIRECTS** the parties to appear for a hearing on Thursday, June 8, 2017, 10:30 a.m. in Courtroom 2 at the United States District Court for the Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. At the hearing the Court will hear argument on the Motion for Order to Show Cause.

Signed: June 1, 2017

Dennis L. Howell
United States Magistrate Judge

-1-