IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-48

| KENT STAHLE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CTS CORPORATION, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Jeffrey K. Stahl's Application for Admission to Practice *Pro Hac Vice* of Douglas P. Desjardins. It appearing that Douglas P. Desjardins is a member in good standing with the State Bars of Ohio, Pennsylvania and Maryland and will be appearing with Jeffrey K. Stahl, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

IT IS, THEREFORE, ORDERED that Jeffrey K. Stahl's Application for Admission to Practice Pro Hac Vice (#55) of Douglas P. Desjardins is **GRANTED**, and that Douglas P. Desjardins is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Jeffrey K. Stahl.

Signed: June 6, 2017

_____

Dennis L. Howell
United States Magistrate Judge