UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00048-MOC-DLH

| | | |
|---|---|---|
| **KENT STAHLE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CTS CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Reconsideration of Denial of Summary Judgment. Having considered defendant's Motion, the Response, and the Reply and reviewed the pleadings, and finding that no new evidence has been presented, that there has not been a change in controlling law, and that there is no clear error or manifest injustice to correct, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Reconsideration of Denial of Summary Judgment (#57) is DENIED.

Signed: June 28, 2017

Max O. Cogburn Jr.
United States District Judge

-1-